FILED & JUDGMENT ENTERED
Steven T. Salata

July 17 2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

In re:                              )
                                    )
**MICHAEL JAMES GARVEY,**           )    Chapter 13
                                    )    Case No. 18-50455
                Debtor.             )
_____)

## ORDER TO APPEAR AND SHOW CAUSE

**THIS MATTER** is before the court on a review of its docket. This case is the pro se Debtor's fourth Chapter 13 bankruptcy case in less than two years. In the Debtor's most recent case prior to this case, case no. 17-50568, the court entered an Order Dismissing Case and Barring Refiling for 180 Days ("Order") on November 7, 2017. The Order barred the Debtor from filing a new bankruptcy case for the next 180 days due to his lack of good faith and his abuse of the bankruptcy process; the bar expired on May 6, 2018. The Debtor commenced this case on July 13, 2018, less than two months after his 180-day bar expired. In filing this case, Debtor supplied a "bare bones" petition that was missing most of the schedules, statements,

local forms, and documents required of all Chapter 13 debtors.

Given the Debtor's previous bad faith filings and the missing schedules, statements, local forms, and documents in this case, it appears that the Debtor may have filed this case in bad faith and that it may be an abuse of the bankruptcy process. Accordingly, pursuant to 11 U.S.C. § 105(a), the Debtor is hereby **ORDERED** to **APPEAR** and **SHOW CAUSE** why this case should not be dismissed for cause under 11 U.S.C. § 1307(c), and why the Debtor should not be barred from filing additional bankruptcy cases in the future. The court will conduct a hearing on this Order to Appear and Show Cause at **9:30 A.M.** on **AUGUST 10, 2018** at the United States Bankruptcy Court, 200 West Broad Street, Statesville, North Carolina 28677.

**SO ORDERED.**

This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order.

United States Bankruptcy Court