IN THE UNITED STATES BANKRUPTCY COURT
Western District of North Carolina
Statesville Division

In the Matter of:                    }
                                     }    Case No. 18-50455
Michael James Garvey                 }
                                     }
                                     }    Chapter 13
Debtor                               }

**RESPONSE TO MOTION FOR RELIEF FROM STAY**

NOW COMES Debtor, by and through counsel, and in response to the Motion for Relief from Stay filed herein by Nationstar Mortgage LLC d/b/a Mr. Cooper (hereinafter "Creditor") respectfully request that the motion be denied and allege the following:

1. Debtor filed a Chapter 13 petition with this Court on July 13, 2018.

2. Debtor has filed a Motion to enter into the Loan Modification Management program.

3. Debtor request any foreclosure activity is stayed until a modification is thoroughly reviewed for approval and a determination made on a modification.

---

WHEREFORE, Debtor prays the Court as follows:

1. That the prayer for relief of the Creditor's motion be denied;

2. That this Court continues in full force and effect the provisions of the automatic stay;

3. And for such other and further relief as the Court deems just and proper.

This the 10th day of January, 2020.

                                        /s/ Beth B. Carter
                                        Beth B. Carter
                                        The Law Offices of Beth B. Carter, PLLC
                                        N.C. State Bar 24642
                                        Post Office Box 1553
                                        Denver, NC 28037

IN THE UNITED STATES BANKRUPTCY COURT
Western District of North Carolina
Statesville Division

| | |
|---|---|
| In the Matter of: | Case No. 18-50455 |
| Michael James Garvey | Chapter 13 |
| Debtors | |

### Certificate of Service by Mail

I hereby certify that I have this day served the Response to Motion for Relief by depositing the same in a postpaid envelope properly addressed to each party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service or via electronic court filing where noted.

Steven Tate                                                                 via ECF
Chapter 13 Trustee
212 Cooper Street
Statesville, NC 28687

Shelly Koon Abel, Bankruptcy Administrator                via ECF
402 West Trade Street, Suite 205
Charlotte, NC 28202

Mr. Michael Garvey
330 Walter Godbey Rd
West Jefferson, NC 28694

Seterus, Inc.
PO Box 1047
Hartford, CT 06143

Nationstar Mortgage LLC
d/b/a Mr. Cooper
c/o Joseph J. Vonnegut
HUTCHENS LAW FIRM
Bankruptcy Department
Post Office Box 2505
Fayetteville, NC 28302

Nationstar Mortgage LLC
Bankruptcy Department
PO Box 619096
Dallas TX 75261-9741

This is the 10th day of January, 2020.

                                                          /s/ Beth B Carter
                                                          Beth B. Carter
                                                          NC Bar # 24642
                                                          The Law Offices of Beth B. Carter, PLLC
                                                          Post Office Box 1553
                                                          Denver, NC 28037