**IN THE UNITED STATES BANKRUPTCY COURT**
Western District of North Carolina
Statesville Division

| | |
|---|---|
| **In the Matter of:** | Case No. 18-50455 |
| Michael James Garvey | |
| | Chapter 13 |
| **Debtor** | |

WITHDRAWAL OF MOTION FOR LOAN MODIFICATION MANAGEMENT

Comes now Debtor, by and through counsel, and respectfully withdraws the Motion for Loan Modification Management filed on January 9, 2020. Mr. Cooper is independently reviewing the loan for modification therefore, entry into the Loan Modification Management program is not needed.

Respectfully Submitted,

This the 3rd day of February, 2020.

Beth B. Carter
The Law Offices of Beth B. Carter, PLLC
N.C. State Bar 24642
Post Office Box 1553
Denver, NC  28037

## IN THE UNITED STATES BANKRUPTCY COURT
### Western District of North Carolina
### Statesville Division

| | |
|---|---|
| **In the Matter of:** | Case No. 18-50455 |
| Michael James Garvey | |
| | Chapter 13 |
| **Debtor** | |

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served the Withdrawal of Motion for Loan Modification Management by depositing the same in a postpaid envelope properly addressed to each party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service or via electronic court filing.

Shelly Koon Abel                              VIA ECF
Bankruptcy Administrator
402 W. Trade Street
Room 200
Charlotte, NC 28202-1664

Steven Tate                                   VIA ECF
Chapter 13 Trustee
212 Cooper St.
Statesville, NC 28677

Michael James Garvey
330 Walter Godbey Rd
West Jefferson, NC 28694

Seterus, Inc.
PO Box 1047
Hartford, CT 06143

Nationstar Mortgage LLC
d/b/a Mr. Cooper
 c/o Joseph J. Vonnegut
 HUTCHENS LAW FIRM
Bankruptcy Department
Post Office Box 2505
Fayetteville, NC 28302

Nationstar Mortgage LLC
Bankruptcy Department
PO Box 619096
Dallas TX 75261-9741

This the 3rd day of February, 2020.

_____
Beth B. Carter
The Law Offices of Beth B. Carter, PLLC
NC State Bar 24642
Post Office Box 1553
Denver, NC  28037